# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5195**

**September Term 2007**

**1:08-cv-00649-UNA**

**Filed On: July 23, 2008** [1129241]

Michael S. Gorbey,

    Appellant

    v.

United States of America, et al.,

    Appellees

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from Michael S. Gorbey, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Heather T. Stockslager
Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis